

The Windward School

December 09, 2015

To Whom It May Concern:

Herbert Subin was visiting The Windward School on Wednesday, December 2, 2015 with his family. If you have any questions, please contact the Admissions Office at (914) 949-6968.

Thank you,

*Tristes Dunn*

Tristes Dunn
Coordinator of Admissions
The Windward School



Herbert Subin <hsubin@gmail.com>

## December 2nd apt

2 messages

---

**Karen Mathewson** <kam2060@med.cornell.edu>  
To: "hsubin@gmail.com" <hsubin@gmail.com>

Wed, Dec 9, 2015 at 1:50 PM

To whom it may concern:

Mr. Subin attended his daughter's medical appointment on December 2nd, 2015 from 3:30 to 5 PM.

Sincerely,

Karen Mathewson, MD

Clinical Assistant Professor of Psychiatry

Cornell Medical College

New York Presbyterian Hospital, Westchester Division

Deaf and Hard of Hearing Clinic

Adjunct Professor of Child and Adolescent Psychiatry

New York University School of Medicine

914-682-6962

---

**Herbert Subin** <hsubin@gmail.com>  
To: Marc Subin <ms@subinlaw.com>

Wed, Dec 9, 2015 at 2:54 PM

[Quoted text hidden]

--  
Herb Subin  
Subin Associates  
150 Broadway  
New York NY 10038  
www.Subinlaw.com