

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MELANIE SPEIGHT**
*Assistant Corporation Counsel*
Phone: (212) 356-2425
Fax: (212) 356-3509
mspeight@law.nyc.gov

February 26, 2016

**VIA ECF**
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Willie French v. City of New York, et al., 14-CV-2922 (JBW) (PK)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Sergeant ("Sgt.") Robert Agate, Police Officer ("P.O.") Michael Bergmann, P.O. Georin Duran, and P.O. Frederick Manney in the above-referenced matter. Yesterday counsel for the parties appeared for a settlement conference before Your Honor. On behalf of the parties, defendants respectfully advise the Court that, in light of the progress achieved at the settlement conference, this morning the parties reached a settlement agreement. Defendants have provided plaintiff with the documents necessary to finalize the parties' agreement, and the parties anticipate that they will soon file a stipulation and order of dismissal for the Court's endorsement. In light of this development, the parties respectfully request that the Court adjourn, *sine die*, the remaining discovery and briefing deadlines in this matter as well as the parties' recently scheduled April 21, 2016 status conference. The parties thank the Court for its assistance in resolving this matter.

        Respectfully submitted on behalf of
        the parties,

        /s/
        Melanie Speight
        *Assistant Corporation Counsel*

CC: <u>VIA ECF</u>
Eric Subin
Subin Associates, LLP
*Plaintiff's Counsel*
150 Broadway, 23rd floor
New York, NY 10038