FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 29 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

WILLIE FRENCH,

                                 Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, FREDERICK MANNEY, ROBERT
AGATE, GEORIN DURAN AND MICHAEL BERGMANN,

                                 Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-2922 (JBW) (PK)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of

enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       March 31, 2016

SUBIN ASSOCIATES, LLP
*Attorneys for Plaintiff*
150 Broadway, 23rd floor
New York, NY 10038

By: _____
    Eric Subin
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Manney, Agate, Duran, and Bergmann*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Melanie Speight
    Assistant Corporation Counsel

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: 4/21/16, 2016